UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sarup Tanneries, Ltd.,
         Plaintiff

V.

OPS Sales, Inc.,
         Defendant

CIVIL ACTION

NO.   05-11636-NMG

## ORDER OF DISMISSAL

Gorton,   D. J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on   8/5/05  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

12/13/05
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(4mdism w-notice.wpd  -  12/98)                                             [odism.]