AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_EASTERN_ District of _MASSACHUSETTS_

SARUP TANNERIES, LTD.

v.

OPS SALES, INC.

**SUMMONS IN A CIVIL CASE**

05 11636 NMG

CASE NUMBER:

TO: (Name and address of Defendant)

PRESIDENT AND/OR AUTHORIZED AGENT
OPS SALES INC.
285 CIRCUIT ST.
HANOVER, MA 02339

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JERROLD G. NEEFF
THE BOSTONIAN LAW GRP.
33 KINGSTON ST. 4th Fl.
BOSTON, MA 02111
(617) 338-1046

PLEASE CALL MY OFFICE UPON RECEIPT, MY CLIENT WOULD LIKE TO RESOLVE THIS MATTER QUICKLY.

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 05 2005

CLERK _____ DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

N/

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

I hereby certify and return that on 12/6/2005 at 3:25PM I served a true and attested copy of the summons, complaint, and jury demand in this action in the following manner: To wit, by delivering in hand to [illegible] at the time of service for [illegible], Inc., at, 301 Washington Street, Norwell, MA 02061. Basic Service Fee ($30. 00), Conveyance ($6.00), Travel ($11.40), Postage and Handling ($1.00), Attest (2 copies) ($5.00) Total Charges $[illegible]

*Deputy Sheriff    Charles W. Mann*

**Deputy Sheriff**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                        *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.