UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARUP TANNERIES, LTD., <br> A CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> OPS SALES, INC., <br> A CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CA No. 05-11636 ᴜ /M 6 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO VACATE DISMISSAL

Now comes the Plaintiff in this action and hereby moves this Court to vacate the order of dismissal in the above-captioned action pursuant to Rule 60(b). In support of this Motion, the Plaintiff states the following:

1.  Plaintiff has diligently sought to effectuate service upon the Defendant in this Action on several occasions at the address so listed at the time as the official address in the Secretary of the Commonwealth database listed as 285 Circuit St. in Hanover, MA. (See copies of return of service from Sheriff's Office attached hereto as Exhibit "A" dated August, 16 and October 14, 2005).

2.  Only recently, the Sheriff was informed of a new address of the company. In response to the Sheriff's information, service was effectuated upon the Defendant as evidenced by the proof of service filed with this Court on December 13, 2006. Approximately two days prior, the Court had dismissed the Action for failure to file within the deadline provided by the rules.

3.  As such, pursuant to the relief provided by Rule 60(b)(6), Plaintiff now hereby seeks that this Court vacate the dismissal on the grounds of either newly discovered evidence regarding the address of the Defendant and/or fraud for failure of the Defendant to have its proper address listed with the Secretary of the Commonwealth at the time the Plaintiff sought to effectuate service of process.

WHREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court vacate the dismissal ordered in this Action.

Respectfully submitted,
On behalf of SARUP TANNERIES LTD.,
Counsel for Plaintiff,

Dated: January 9, 2006

Jerrold G. Neeff
The Bostonian Law Group
33 Kingston St., Fourth Fl.
Boston, MA 02111
(617) 338-1046
Jerry@Bostonianlaw.com
BBO# 635307

**Plymouth County Sheriff's Department • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110**

Plymouth, ss.

October 14, 2005

By virtue of this writ I have made diligent search for the within-named OPS Sales, Inc. and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Deputy Time Spent ($20.00), Diligent Search ($20.00) Total Charges $40.00

Deputy Sheriff Charles W. Mann                     Deputy Sheriff



**Plymouth County Sheriff's Department • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110**

Plymouth, ss.

August 16, 2005

By virtue of this writ I have made diligent search for the within-named OPS Sales, Inc. and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Diligent Search ($15.00) Total Charges $15.00

Deputy Sheriff Charles W. Mann                     Deputy Sheriff