THE BOSTONIAN LAW GROUP

33 KINGSTON ST.*BOSTON*MASSACHUSETTS*02111

Jerrold G. Neeff*
Jerry@Bostonianlaw.com
www.Bostonianlaw.com

January 25, 2006

VIA MAIL
Civil Clerk's Office
United States District Court,
District of Massachusetts
US Courthouse
One Courthouse Way
Boston, MA 02110

> Re: *SARUP TANNERIES LTD. v. OPS SALES, INC.*
> *CA 05-11636NMG*

Dear Sir/Madam:

The Court recently issued electronic notice concerning a deadline to serve the Defendant in this matter by February 28, 2006. In that regard, please be advised that the original Proof of Service was filed with the Court on or about December 13, 2005.

I would greatly appreciate it if you would kindly rectify the same on the docket.

Thank you for your courtesy and assistance.

Sincerely yours,

Jerrold G. Neeff
JGN/jn
Enclosure