UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARUP TANNERIES, LTD., A CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CA No. 05-11636 |
| OPS SALES, INC., A CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR CLARIFICATION OF ORDER

Now comes the Plaintiff in this action and hereby moves this Court to clarify its recent order and/or docket entry. In support of this Motion, the Plaintiff states the following:

1. Plaintiff's Motion to Vacate a Dismissal for failure to effectuate service was recently granted.

2. At approximately the same time of the dismissal, Plaintiff had filed a Proof of Service with the Court showing that the Defendant had been served in this matter.

3. Following the vacating of the dismissal, however, the Court ruled that the Plaintiff must serve the Defendant by February 28, 2006.

4. Given the fact that the Defendant has been served, the Court's Order should be clarified to reflect that service has been effectuated and that suit should pursue its due course.

WHREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court clarify its order to reflect that service has been effectuated.

                                      Respectfully submitted,
                                      On behalf of SARUP TANNERIES LTD.,
                                      Counsel for Plaintiff,

Dated: February 21, 2006

                                      Jerrold G. Neeff
                                      The Bostonian Law Group
                                      33 Kingston St., Fourth Fl.
                                      Boston, MA 02111
                                      (617) 338-1046
                                      Jerry@Bostonianlaw.com
                                      BBO# 635307